# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| HARRY KEVIN WADE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:18-cv-02475-TWP-DLP |
| TERRY STIGDON in Her Official Capacity as Director of the Indiana Department of Child Services, KELLY MCSWEEN, KRISTINE KILLEN, DAVID REED, HEIDI DECKER, SARAH SPARKS, JACOB MAY, and TERRY J. STIGDON, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Order directing the entry of final judgment, now enters **FINAL JUDGMENT** in this matter.

Judgment is entered in favor of the Defendants and against the Plaintiff. The Plaintiff shall take nothing by way of his Complaint and this action is **terminated.**

**SO ORDERED.**

Date: 12/10/2020

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

By: _____
Deputy Clerk, U.S. District Court

DISTRIBUTION:

Mark R. Waterfill
ATTORNEY AT LAW
mark@waterfilllaw.com

Cameron S. Huffman
INDIANA ATTORNEY GENERAL'S OFFICE
cameron.huffman@atg.in.gov

Jordan Michael Stover
INDIANA ATTORNEY GENERAL'S OFFICE
jordan.stover@atg.in.gov